1  Michael A. Rollin (State Bar No. 251557)
   REILLY POZNER LLP
2  10833 Wilshire Boulevard, Unit 604
   Los Angeles, California 90024
3  Telephone: (310) 425-0922
   Facsimile: (303) 893-6110
4  Email: mrollin@rplaw.com

5  Daniel M. Reilly (*Pro Hac Vice*)
   Matthew D. Spohn (*Pro Hac Vice*)
6  REILLY POZNER LLP
   511 Sixteenth Street, Suite 700
7  Denver, CO 80202
   Telephone: (303) 893-6100
8  Facsimile: (303) 893-6110
   Email: dreilly@rplaw.com
9  Email: mspohn@rplaw.com

10 Attorneys for Plaintiff

11 and

12 K.P. Dean Harper (#127474)
   Thomas E. Marrs (#252485)
13 BOWLES & VERNA, LLP
   2121 N. California Blvd., Suite 875
14 Walnut Creek, CA 94596
   Telephone: (925) 935-3300
15 Email: dharper@bowlesverna.com

16 Attorney for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| LEHMAN BROTHERS HOLDINGS, INC., | CASE NO.: CV09-2704 MEJ |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| BAYCAL FINANCIAL MORTGAGE CORPORATION and BAYCAL FINANCIAL CORPORATION, | Judge: Chief Magistrate Judge Maria-Elena James |
| | Date: |
| | Time: |
| Defendants. | Courtroom: B, San Francisco, 15th Floor |

- 1 -
STIPULATION FOR DISMISSAL

393451

Upon a settlement of claims, Plaintiff Lehman Brothers Holdings, Inc. and Defendants BayCal Financial Mortgage Corporation and BayCal Financial Corporation hereby stipulate to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A), each party bearing its own fees and costs.

DATED:  March 17, 2010          REILLY POZNER LLP

                                             s/Matthew D. Spohn
MICHAEL A. ROLLIN
DANIEL M. REILLY
MATTHEW D. SPOHN
LINDSAY A. UNRUH

Attorneys for Lehman Brothers Holdings, Inc.

and

                                       /s/K.P. Dean Harper
K.P. Dean Harper
Attorney for Defendants

Dated: March 18, 2010

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STIPULATION FOR DISMISSAL

393451